CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SRUTHI MAMADURU, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH B. EDLOW, *et al.*, <br><br> Defendants. | Case No. 5:26-cv-01820-SVK <br><br> **STIPULATION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFFS' COMPLAINT AND [PROPOSED] ORDER** |

The parties, through their undersigned attorneys, hereby stipulate to an extension of time for Defendants' response to Plaintiffs' complaint.  Defendants will file their response on or before May 18, 2026.  The parties make this request because the agency is in the process of reviewing this case and needs a brief period of additional time to prepare their response.

Dated: May 11, 2026

Respectfully submitted[1],

CRAIG H. MISSAKIAN
United States Attorney

 */s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Extend
Case No. 5:26-cv-01820-SVK                    1

Dated: May 11, 2026

/s/ Jessica T. Arena
JESSICA T. ARENA
Law Offices of Jessica T. Arena
Attorney for Plaintiffs

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:    May 12, 2026

HON. SUSAN VAN KEULEN
United States Magistrate Judge

Stipulation to Extend
Case No. 5:26-cv-01820-SVK                    2

## DECLARATION OF MOLLY A. FRIEND

I, Molly A. Friend, declare and state as follows:

1.     I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California and counsel of record for the federal Defendants in the above-captioned action.

2.     On March 3, 2026, Plaintiffs filed a complaint in which they seek adjudication of their Form I-526E, Immigrant Petition by Regional Center Investor and Form I-485, Application to Register Permanent Residence or Adjust Status.  *See* Dkt. No. 1.  Our office was served with the complaint on March 9, 2026.

3.     My office has been conferring with the agency regarding this case and we determined that Defendants need a brief period of additional time to prepare their response. Accordingly, my office contacted Plaintiff's counsel regarding Defendants' request for an extension of time and Plaintiff consented to the request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:  May 11, 2026

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney

Stipulation to Extend
Case No. 5:26-cv-01820-SVK                    3